Commonwealth *v.* Thomas, Appellant.

Before CARSON, JR., J., without a jury.

Submitted March 28, 1974. *David Zwanetz* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *David Richman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Tighe, Appellant.

Before KOSIK, J.

Submitted June 10, 1974. *Vito P. Geroulo,* Assistant Public Defender, for appellant; *Howard M. Spizer,* Assistant District Attorney, and *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.